**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

James Jamison

(Enter Above the Name of the Plaintiff in this Action)

vs.

Stuart lippman and associates

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Roxanna Jimenez

1:21CV0050

J. BARRETT

M.J. BOWMAN

**RECEIVED**

JAN 2 1 2021

**COMPLAINT**

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I. Parties to the action:

    Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

James Jamison

Name - Full Name Please - PRINT

2823 Preston st

Street Address

Cincinnati, ohio 45206

City, State and Zip Code

_____

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Stuart lippman and associates
Name - Full Name Please

5447 E. 5th Street Ste 110 Tucson, AZ 85711-2345
Address: Street, City, State and Zip Code

2. Roxanna Jimenez
5447 E. 5th Street Ste 110 Tucson, AZ 85711-2345

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 15 United States Code, Section 1692
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

"See Attachment"

See Attachment"

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                    <u>Caption</u>

___N/A___         ___N/A___ vs. ___N/A___

_____         _____ vs. _____

_____         _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Stuart Lippman and associates Violated
the Fair debt Collection practice act
and defendant Jimenez relief for
Statuory damages 500,000 thousand
dollars relief for monetary damages
of 500,000 thousand relief for
Punitive damages of 2,000,000 million
dollars and relief for Compensatory
damages of 1,000,000 million dollars
defendants pay Court Cost

"See attached"

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _____ day of _____, 20 2 1 .

_____
Signature of Plaintiff

-4-

①

The plaintiff states there is two defendants in this case stuart-lippman and associates a collection agency and Roxanna Jimenez a employee that works for stuart-lippman and associates. On november 8, 2020 the plaintiff was involved in a auto car accident the other individual that was involved in the auto car accident had geico insurance as the individual insurance paid for the car damages from the auto accident the sum of 6,388.61 the plaintiff states that the claim adjuster from geico insurance nor anyone from geico insurance contacted the plaintiff or the other individuals that was involved in the car accident and ask what happened as to the car accident the claim adjuster did not talk to the plaintiff or the other individuals until weeks later by then geico insurance claims adjuster had already determined that the plaintiff was liable for the car damages geico insurance adjuster solely went by the crash police report which was ultimately incorrect and wrong and inacurrate geico insurance turn the car repair damages which was 6,388.61 over to a collection agency called stuart-lippman and associates the plaintiff received a letter from stuart lippman and associates about the 6,388.61 debt the plaintiff called the number that was on the letter and came



in Contact with deFendant Roxanna
Jimenez as she was the one that was
handling the debt as deFendant Jimenez
explained to the plaintiFF that she was a
debt Collector attempting to Collect a debt
as deFendant Jimenez explained to the
plaintiFF that he was responsible For
paying 6,388.61 For a auto accident the
plaintiFF immediately told deFendant
Jimenez that he is disputing the 6,388.61
Car damages and that he was also
disputing the Car accident because he
was not at Fault as to the Car accident
and that this matter will be going to Court
deFendant Jimenez told the plaintiFF that
she will be submitting documents to the
bmv to have your license suspended For
Failing to pay the Car damage debt oF
6,388.61 the plaintiFF Called the deFendant
Jimenez a Few days later as deFendant
Jimenez Stated to the plaintiFF that she is a
debt Collector attempting to Collect a debt as
deFendant Jimenez inquired to the plaintiFF
about the debt oF 6,388.61 as the plaintiFF
again told deFendant Jimenez that he is
disputing the 6,388.61 and the Car accident
because he was not at Fault as to the Car
accident and the plaintiFF again told
deFendant Jimenez that this matter is
going to Court because he was not at Fault as
to the Car accident and that he do not owe
6,388.61 as deFendant Jimenez told the

③

Plaintiff again that she is submitting
documents to the bmv to have your license
suspended in fact defendant Jimenez also
sent documents to the bmv to have the
plaintiff sister martina Jamison license
suspended as well as she was not even
involved in the car accident nor a part of
the car accident as the plaintiff contacted
defendant Jimenez and ask her when did she
send the documents to the bmv to have my
license suspended she told the plaintiff
december 7, 2020 also the same as the
plaintiff sister martina Jamison as the
notice to the bmv is directing the bmv to
suspend the plaintiff and his sister martina
Jamison license for car damages and not
providing proof of insurance the plaintiff
states that he was insured at the time of
the car accident and provided that information
that he was insured to the bmv as the
plaintiff sister martina Jamison could not
provide proof of insurance because she was
not involved in the car accident nor was
she driving the car that was involved in the
car accident that day the plaintiff states
that he did not disclose his insurance
information to defendant Jimenez because
he told defendant Jimenez that he is
disputing the car accident and the car
damages of 6,388.61 because he was not
at fault in the car accident the plaintiff
also told defendant Jimenez that the police



Crash report was totally wrong, incorrect, and not accurate and totally False and that this matter was pending in Court the plaintiff states that he was not about to pay For car damages for a car accident that he was not at Fault For and all this matter was pending in Court the only Concern that defendant Jimenez was Concern about was the plaintiff paying the 6,388.61 debt as she told the plaintiff that this debt was not going away. The plaintiff did Some investigation as to the Collection agency whether a Collection agency could send documents to the bmv to have Someone license Suspended the plaintiff Contacted Civil attorney's and used goggle and to these responses it states that a Collection agency which is a general rule; Collection agencies Cannot have your Driver's license Suspended... more Specifically, a Creditor or Collection agency has no power to tell the Dmv or any other State agency what to do including telling them to Suspend or Cancel a driver's license also states a Creditors and Collections agencies have absolutely no authority to take away your license or Compel the ohio Bureau of motor Vehicles to do So also states Debt Collectors Can't request a license to be Suspended or anything to do with Dmv. it is a violation of the Fair debt Collection Practice act For Collectors to threaten to do things that Can't legally be done

⑤

report this to the Consumer Financial protection bureau and or Contact your state attorney general the plaintiff states that he Filed complaints with Consumer Financial Protection bureau and the State attorney general against Stuart lippman and associates and stated that they violated the Fair debt Collection Practice act the plaintiff states that he was in Contact with defendant Jimenez yet again defendant Jimenez told the plaintiff that they was required to Send documents to the bmv that involved uninsured motorists the plaintiff told defendant Jimenez that he was insured at the time of the accident but the plaintiff Failed to disclose his insurance information due to the Fact he was not at Fault in the Car accident and the police Crash report was totally wrong, False, incorrect and not accurate at all the plaintiff ask defendant Jimenez Can She provide the plaint.FF documents where it states that a Collection agency is required to send documents to the bmv about Suspending Some one license or uninsured motorists defendant Jimenez told the plaintiff that she have to talk to her manager the plaintiff told defendant Jimenez that the documents he Seen defendant Jimenez is telling the bmv to Suspend the plaintiff and his sister martina Jamison Driver license See attached Exhibits the plaintiff ask defendant Jimenez what was there Fax number Jimenez Complied



the plaintiff sent document to Stuart lippman
and associates where the document states
that a Creditor or Collection agency has no
power to tell the Dmv or any other state
agency what to do including telling them
to suspend or Cancel a drivers license and
that what defendant Jimenez exactly did
directed and told the bmv to suspend the
plaintiff and his sister martina Jamison
Driver's license defendant Jimenez once upon
a time told the plaintiff that Stuart lippman
and associates is the client of Geico
insurance the plaintiff stated that Geico
insurance did not submit documents to
the bmv to have the plaintiff and his sister
license suspend Stuart lippman and
associates and defendant Jimenez did as
this is a Collection agency as the plaintiff
read and submitted documents to Stuart
lippman and associates that states again
a debt Collector Can't request a license to
be suspended or anything to do with Dmv
it's a violation of the Fair debt Collection
Practice act therefore Stuart lippman and
associates and defendant Jimenez Violated
the Fair debt Collection Practice act as
the plaintiff is asking for statutory
damages. The plaintiff states that he
received a phone Call from defendant
Jimenez manager michelle medina as the
Plaintiff told her that stuart lippman and
associates and defendant Jimenez Violated the



Fair debt Collection practice act by Submitting
documents to the bmv to have the plaint.FF
and his Sister martina Jamison Driver's
license Suspended michelle medina stated
that they are required to send notice to the
bmv of uninsured motorists as the plaintiff
told michelle medina that he had insurance
at the time of the accident but was not
disclosing his insurance information
because the plaintiff was not at Fault as
to the car accident the police crash report
was wrong. False inaccurate and incorrect
and that this matter is still pending in
Court the plaintiff also ask michelle
medina to provide him documents where it
states that a collection agency is required
to Submit documents to the bmv as to
uninsured motorists or to Submit documents
to have Someone license Suspended because
what the plaintiff has the documents is
directing the bmv to Suspend the plaintiff
and his Sister martina Jamison Drivers
license the plaintiff also told michelle
medina that he Filed complaints with
Consumer Financial Protection bureau and
the state attorney Office as michelle medina
Confirmed she knew that and she also
Confimed that the plaintiff Submitted
documents to Stuart lippman and associates
as to the Collection agency what they was
not allowed to do Submit documents to the
bmv to have Someone license Suspended

⑧

michelle medina also told the plaintiff that
she Could not provide any documents that
states that a Collection agency is required
to submit documents to the bmv as to an
uninsured motorists or show documents that
a Collection agency Can send documents to
the bmv to have Someone license Suspended
michelle medina states that she Can not
show that the plaintiff States exactly that
stuart-lippman and associates or deFendant
Jimenez or michelle medina Could not
provide any documents to the plaintiff that
states that this Collection agency stuart
lippman and associates and it's employees
as well as deFendant Jimenez is required to
Submit documents to the bmv as to an
un insured motorists or to send documents
to the bmv to have Someone license
Suspended as michelle medina ended the
Call the plaintiff states that the only
people that Can tell the bmv what to do
is the Court System not a Collection
agency at which Stuart lippman and
associates is a Collection agency that
Submitted documents to the bmv to have
the plaintiff and his sister martina
Jamison DRiveR's license Suspended the
plaintiff states that he Called deFendant
Jimenez yet again when she identified it
was the plaintiff she immediately transFered
the plaintiff Call to a Supervisor and his
name was Justin Davis as the plaintiff

⑨

told Justin Davis that Stuart lippman and associates and defendant Jimenez Violated the Fair debt collection practice act by Submitting documents to the bmv to have the plaintiff and his sister martina Jamison Driver license Suspended the plaintiff explained to Justin Davis that a Collection agency Cannot Submit document to the bmv to have Someone license Suspended and that Was a Violation of the Fair debt Collection practice act the plaintiff told Justin Davis that he already Filed Complaints with the Consumer Financial Protection bureau and that state attorney general as Justin Davis ConFirmed he knew that Justin Davis also ConFirmed that he Seen the documents that the plaintiff had Sent to Stuart lippman and associates as to a Collection agency Cannot Submit documents to the bmv to have Someone license Suspended and that is a Violation of the Fair debt Collection practice act as Justin Davis said to the plaintiff i See you Know how to use google well the plaintiff also told Justin Davis that he had talked to Some attorneys about this as the attorneys ConFirmed to what the plaintiff Was talking about Justin DAvis stated to the plaintiff that the employees at Stuart lippman and associates was required to Submit documents to the bmv as to uninsured motorists this was the Same thing that defendant Jimenez and



michelle medina Said to the plaintiFF beFore
the plaintiFF told Justin Davis Can he provide
the plaintiFF documents that states that a
Collection agency is required to Submit
documents to the bmv as to Uninsured
motorists as Justin Davis Could not provide
documents that state that as deFendant
Jimenez and michelle medina Could not
provide those documents as those documents
does not exist because deFendant Jimenez,
michelle medina, or Justin Davis Could not
Provide the documents to the plaintiFF the
plaintiFF then told Justin Davis that the
documents he has that was From deFendant
Jimenez it's telling the bmv to Suspend the
plaintiFF and his Sister martina Jamison
Driver's license the plaintiFF also ask Justin
Davis Can he provide documents stating
that a Collection agency Can Submit
documents to the bmv to have Someone
Drivers license Suspended as Justin Davis
Could not Provide those documents Just
like deFendant Jimenez and michelle
medina Could not either because those
documents do not exist Justin Davis also
stated to the plaintiFF that Stuart lippman
and associates are client of Geico insurance
the plaintiFF stated to Justin Davis that
Geico insurance did not Submit any
documents to the bmv to have the plaintiFF
and his Sister martina Jamison Drivers
license Suspended Stuart lippman and

(11)

associates a Collection agency and defendant
Jimenez is the ones that Submitted
documents to the bmv to have the plaintiff
and his Sister martina Jamison Driver's
license Suspended as the general rule.
Collection agencies Cannot have your
Driver's license Suspended Collection agency
has no power to tell the Dmv or any other
state agency what to do, including telling
them to suspend or Cancel a drivers license
as Stuart lippman and associates a Collection
agency and defendant Jimenez directed and
told the bmv to Suspend the plaintiff and
his Sister martina Jamison Driver's license
they Completely violated the Fair debt
Collection Practice act the plaintiff also
told Justin Davis that he did have insurance
on the day of the accident Justin Davis
ask For the plaintiff insurance information
the plaintiff told Justin Davis that he is
not giving his insurance information because
all this stuff his still pending and pending
Court dates and the police Crash report was
False, inaccurte, wrong, incorrect and that
the plaintiff was not at Fault of the auto
accident and therefore the plaintiff declined
to Provide his insurance information as the
Conversation ended with the plaintiff and
Justin Davis. The plaintiff states that he
Was incontact with Geico insurance
claim adJuster Eric Jay the plaintiff
told eric Jay that the police Crash report

(12)

Was not right it's wrong incorrect and not accurate and it's False eric Jay ask the plaintiff does he have pictures of the Car the plaintiff Said yes and Sent the pictures of the Car to eric Jay the plaintiff ask eric Jay why have no one From Geico Contact me and ask what happen in the Car Accident as he Couldn't really answer that question the plaintiff also ask eric Jay have he talked to the other Individuals that was involved in the Car accident he Said no So the plaintiff Stated to eric Jay that Geico insurance Solely Went by the police Crash report with out even talking to all the individuals that was involved in the Car accident eric Jay Said yes the plaintiff got upset and told eric Jay that the police Crash report was wrong, False, inaccurate and not Correct and that the Crash report did not happen like that as the plaintiff told eric Jay what happen as to the Car accident eric Jay then reviewed the police Crash report and reviewed the photo's of the Car that was involved in the Car accident eric Jay ultimately had determined that the police Crash report indeed had incorrect information and determined that the plaintiff was not at Fault in the Car accident and determined that the driver of the 2013 toyota Prius is to be 100 liable For the accident that happened on 11/08/2020 Geico insurance

(13)

claim adjuster eric Jay recalled and closed
the account on 01/07/2021 thereFore the
plaintiFF was not liable to pay For the Car
damages oF 6.388.61 the plaintiFF had already
Filed complaints with Consumer Financial
Protection bureau and the state attorney
General against stuart lippman and
associates the plaintiFF also states that
the damages had already been done by
the Collection agency oF stuart lippman and
associates and deFendant Jimenez by
Submitting document to the bmv to have the
plaintiFF and his Sister martina Jamison
Driver's license Suspended and according to
Some attorneys and google black and white
a Collection agency Can not Submit
documents to the Dmv to have Someone
license Suspended the only people that have
power and authority to tell the Dmv what
to do is the Court System not a Collection
agency thereFore stuart lippman and
associates and deFendant Jimenez Violated
the Fair debt Collection practice act the
plaintiFF Further states the he had to
appeal his and appeal his Sister martina
Jamison Driver license Suspension because
oF the error by Geico insurance and
stuart lippman and associates the bmv is
trying to make the plaintiFF and his Sister
martina Jamison pay reinstatement Fee's
For a Car accident that the plaintiFF or his
Sister martina Jamison was not at Fault oF

(14)

Geico insurance error in the beginning by not
talking to all the individuals that was
involved in the Car accident had Geico
insurance would have talked to the plaintiff
in the beginning the plaintiff Could have
been provided Geico photo's of the vehicle
and Geico would have never held the
plaintiff liable For the Car accident and For
Car damages after the plaintiff provided
photo's of the vehicle to Geico claim
adjuster eric Jay that when eric Jay
determined that the plaintiff was not at
Fault in the Car accident and recalled and
closed the Case the plaintiff states that if
he wouldve provided his insurance information
to the stuart lippman and associates
employee they would had to reimburse the
plaintiff insurance Company For the Car
damages of 6,388.61 because geico insurance
adjuster eric Jay had Found that the
plaintiff was not liable or at Fault in
the Car accident the plaintiff is last
stating that defendant Jimenez, michelle
medina and Justin Davis stated that they is
required to send documents to the bmv as to
uninsured and directing the bmv to Suspend
Some one license as a spoke person For Stuart
lippman and associates in a response to the
plaintiff Complaint with the Consumer
Financial bureau the spoke person stated
that the process is legal and legitimate but
there was no documents seen by the plaintiff

(15)

that supported they theory that they is
required to send document to the bmv as to
a uninsured motorists or directing the bmv to
suspend someone license but the plaintiff did
send stuart lippman and associates documents
From google where it clearly states that a
Collection agency has no power to tell the
Dmv or any other state agency what to do
including telling them to suspend or cancel
a driver's license with the documents that
the plaintiff have see exhibits as stuart
lippman and associates and defendant
Jimenez directed the Dmv to suspend the
plaintiff and his sister martina Jamison
Driver's license as stuart lippman and
associates and defendant Jimenez violated
the Fair debt Collection Practice act as the
plaintiff law suit is For statuory damages
of the Fair Debt Collection Practice Act
15 U.S.C 1692 as the plaintiff demand a Jury
trial the plaintiff also states that Stuart-
lippman and associates defendant Jimenez
shared information with b.m.v bureau of
motor Vehicle / D.m.v Department of motor
Vehicle defendant Jimenez shared
information and stated that the plaintiff
and his sister martina Jamison owe's
6,388.61 For Car damages that's also a
violation of the Fair debt collection practice
act of sharing information to the b.m.v / or
D.m.v the plaintiff is now asking For
relief that stuart lippman and associates

(16)

and defendant Jimenez violated the Fair debt
Collection Practice act by Submitting documents
to the b.m.v bureau of motor Vehicle / or Dmv
Department of motor Vehicle to have the
plaintiff and his Sister martina Jamison
Driver's license Suspended which they had
no authority to do that or telling the b.m.v /or
D.m.v what to do as Stuart lippman and
associates is a collection agency the Court
System is the only people that Can tell the
b.m.v / or D.m.v what to do not a Collection
agency Stuart lippman and associates and
defendant Jimenez also Shared information
with the b.m.v bureau of motor Vehicle / or
D.m.v Department of motor Vehicle Stating
that the plaintiff and his Sister martina
Jamison owe 6,388.61 For Car damages the
plaintiff also asking For relief of Statuory
damages oF 500,000 thousand dollars the
plaintiff also asking relief For monetary
damages oF 500,000 thousand dollars the
plaintiff also asking relief For Punitive
damages oF 2,000,000 million dollars and
relief For Compensatory damages oF
1,000,000 million dollars and the defendants
to pay Court Cost

                    Respectfully Submitted


# Stuart-Lippman
## And Associates, Inc.

Stuart-Lippman And Associates, Inc.
5447 E 5th St., #110
Tucson, AZ 85711-2345
Phone: (520) 881-5900
Toll Free: (800) 880-5400
Fax: (520) 318-6799
Hours of Operation Are Mon-Fri
From 7:00AM to 5:00PM and Sat
From 8:00AM to 12:00PM AZT

December 7, 2020

Ohio Bureau of Motor Vehicles
Financial Responsibility Section
P.O. Box 16520
Columbus OH 43216-6520

*Exhibit A*

RE:

Our Client      : Geico-MidWest
Our Insured     : Vesselin Shanov
Our File No     : 4509066
Date of Loss    : 11/08/20

If this is not resolved, the following will be forwarded to the Department of Transportation.

Please contact this office immediately so that arrangements may be made and any further action may be stopped, or send a certified check or money order.

Stuart-Lippman and Associates, Inc., represents the interests of Geico-MidWest. A reimbursement was paid to their insured Vesselin Shanov in the amount of $6,388.61 and repayment for the damages has not been received from the uninsured or at-fault party. We have enclosed documents to substantiate the loss. Please notify our office of action taken.

Following is information on the individual(s) financially responsible:

Driver's Name        : James Jamison
Driver's Address     : 7925 Annesdale Dr  Cincinnati OH 45243-4061
Driver's License No  : SQ562906
Driver's Birth Date  : 04/07/74

Vehicle Owner's Name    : Martina Jamison
Vehicle Owner's Address : 1607 Asmane Ave 16 Cincinnati OH 45229

Please provide the following

[X] If the above named driver's privileges have been suspended.
[X] If privileges have not been suspended, please proceed.

Sincerely,
STUART-LIPPMAN & ASSOCIATES, INC.

SLM
Client Services
Account #: 4509066

This is an attempt to collect a claim. Any information obtained will be used for that purpose. This communication is from a professional debt collector.


# Stuart-Lippman
## And Associates, Inc.

Stuart-Lippman And Associates, Inc.
5447 E 5th St., #110
Tucson, AZ 85711-2345
Phone: (520) 881-5900
Toll Free: (800) 880-5400
Fax: (520) 318-6799
Hours of Operation Are Mon-Fri
From 7:00AM to 5:00PM and Sat
From 8:00AM to 12:00PM AZT

December 7, 2020

Jamison,Martina
1607 Asmane Ave
16
Cincinnati, OH 45229

Exhibit B

Dear: Martina Jamison

As per your request, below is a list of the accounts placed with our office for collection. If you have any questions please contact our office at (800) 880-5400 and reference the file number listed below.

CHECKS RETURNED FOR NON-PAYMENT/INSUFFICIENT FUNDS WILL BE CHARGED A $25.00 SERVICE FEE.

## STATEMENT

| Client/Responsible Party Account # | Charge Date | Amount Charged | Interest | Fees | Paid | Other Charges | Balance |
|---|---|---|---|---|---|---|---|
| 4509066 Client: Geico-MidWest | 11/08/20 | $6,388.61 | $0.00 | $0.00 Responsible Party: Jamison, James | $0.00 | $0.00 | $6,388.61 |
| Totals | | $6,388.61 | $0.00 | $0.00 | $0.00 | $0.00 | $6,388.61 |

Please contact this office immediately so that arrangements may be made and any further action may be stopped, or send a certified check or money order.

Thank you,

Stuart-Lippman and Associates, Inc.

DSC/012617-1



OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

## NOTICE OF SUSPENSION

12/30/2020

Exhibit C

3338A/015844056/123020/SS20010214/00117
**JAMES A JAMISON**
**7925 ANNESDALE DR**
**CINCINNATI OH 45243**

**This is your official notice of suspension, cancellation, or revocation. Ohio Revised Code (R.C.) 4501.022 allows the registrar to send notices by regular mail.**

For general questions about the Ohio BMV including, but not limited to, license and registration fees, directions, and printing forms, please visit www.bmv.ohio.gov

| IMPORTANT CASE INFORMATION | |
|---|---|
| KEY NUMBER: 015844056 | SUSPENDED: 01/29/2021 |
| BMV CASE NUMBER: SS20010214 | MANDATORY SUSPENSION: 01/29/2021 TO 11/08/2022 |
| SECURITY DEPOSIT REQUIRED: $3,284.02 | REINSTATEMENT FEE: NOT REQUIRED |
| ACCIDENT DATE: 11/08/2020 | FRA REQUIRED: NOT REQUIRED |
| CLAIMANT NAME: STUART-LIPPMAN AND ASSOCIATES | CLAIM/FILE#: 4509066 |
| ADDRESS:5447 E 5TH ST TUCSON AZ 85711PH : (520) 881-5900 | |

The Ohio Bureau of Motor Vehicles (BMV) has received a Crash (Accident) Report alleging that you were the driver or owner of a vehicle involved in an accident without insurance or other proof of financial responsibility.

**IF YOU DID HAVE INSURANCE, THIS FORM MUST BE COMPLETED AND SIGNED BY BOTH YOURSELF AND YOUR INSURANCE AGENT OR YOU CAN SUBMIT A LETTER FROM YOUR INSURANCE AGENT ON COMPANY LETTERHEAD TO INCLUDE THE FOLLOWING INFORMATION:**

| NAME OF INSURANCE COMPANY | ADDRESS OF INSURANCE COMPANY | | |
|---|---|---|---|
| NAME IN WHICH POLICY WAS ISSUED | POLICY NUMBER | | |
| EFFECTIVE DATES OF POLICY. EFFECTIVE DATES MUST REFLECT DATE OF ACCIDENT | | FROM | TO |
| SIGNATURE OF INSURANCE AGENT OR AUTHORIZED REPRESENTATIVE | DATE | | |
| ADDRESS OF ABOVE AGENT OR REPRESENTATIVE | AGENT PHONE # (REQUIRED) | | |
| YOUR SIGNATURE | DATE | | |

1. Failure to provide proof that liability insurance was in force at the time of the accident will result in the above mandatory suspension of your driver license. If you were the owner of the vehicle involved, the registration and plates of that vehicle and all others owned by you will also be suspended. Once placed under this suspension, reinstatement requirements include payment of the above reinstatement fee and maintain Financial Responsibility insurance continuously for the FRA period as specified above. This suspension is based on R.C. 4509.101.

You must mail your driver license and plates to us on or before the beginning date of the suspension. If these items are mailed before the beginning date of the suspension, the above reinstatement fee will be reduced by $50.00.

2. If you were UNINSURED at the time of the accident, you must also settle the claim made against you for the damages in this accident. This suspension is based on R.C. 4509.17.

    a. Provide an agreement to settle the damages by making payments to the other party involved, OR
    b. Provide a release from the other party involved, OR
    c. Send the above referenced amount (security deposit) to the BMV.

Failure to comply with 2a, b, or c will result in a two year Security Suspension of your driving and registration privileges.

By law you have the right to make a written request for an administrative hearing for suspensions 1 (Noncompliance) and 2 (Security Suspension). Please refer to Appendix 2 and / or 3 for details (enclosed).

For additional information, see Appendix 1 on the back of this letter.

Registrar,
Ohio Bureau of Motor Vehicles

BMV 3338A 1/18 [760-0998]



OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

## NOTICE OF SUSPENSION

12/30/2020

Exhibit D

**3338A/017720059/123020/NC20110768/00114**
**MARTINA ALEXANDRA JAMISON**
**1607 ASMANE AVENUE APT 16**
**CINCINNATI OH 45229**

**This is your official notice of suspension, cancellation, or revocation. Ohio Revised Code (R.C.) 4501.022 allows the registrar to send notices by regular mail.**

For general questions about the Ohio BMV including, but not limited to, license and registration fees, directions, and printing forms, please visit www.bmv.ohio.gov

### IMPORTANT CASE INFORMATION

| | |
|---|---|
| KEY NUMBER: 017720059 | SUSPENDED: 01/29/2021 |
| BMV CASE NUMBER: NC20110768 | MANDATORY SUSPENSION: 01/29/2021 TO INDEFINITE |
| SECURITY DEPOSIT REQUIRED: $3,284.02 | REINSTATEMENT FEE: $150.00 |
| ACCIDENT DATE: 11/08/2020 | FRA REQUIRED: 01/29/2021 TO 01/29/2024 |
| CLAIMANT NAME: STUART-LIPPMAN AND ASSOCIATES | CLAIM/FILE#: 4509066 |
| ADDRESS:5447 E 5TH ST TUCSON AZ 85711PH : (520) 881-5900 | |

The Ohio Bureau of Motor Vehicles (BMV) has received a Crash (Accident) Report alleging that you were the driver or owner of a vehicle involved in an accident without insurance or other proof of financial responsibility.

**IF YOU DID HAVE INSURANCE, THIS FORM MUST BE COMPLETED AND SIGNED BY BOTH YOURSELF AND YOUR INSURANCE AGENT OR YOU CAN SUBMIT A LETTER FROM YOUR INSURANCE AGENT ON COMPANY LETTERHEAD TO INCLUDE THE FOLLOWING INFORMATION:**

| NAME OF INSURANCE COMPANY | ADDRESS OF INSURANCE COMPANY | | |
|---|---|---|---|
| NAME IN WHICH POLICY WAS ISSUED | POLICY NUMBER | | |
| EFFECTIVE DATES OF POLICY. EFFECTIVE DATES MUST REFLECT DATE OF ACCIDENT | | FROM | TO |
| SIGNATURE OF INSURANCE AGENT OR AUTHORIZED REPRESENTATIVE | DATE | | |
| ADDRESS OF ABOVE AGENT OR REPRESENTATIVE | AGENT PHONE # (REQUIRED) | | |
| YOUR SIGNATURE | DATE | | |

1. Failure to provide proof that liability insurance was in force at the time of the accident will result in the above mandatory suspension of your driver license. If you were the owner of the vehicle involved, the registration and plates of that vehicle and all others owned by you will also be suspended. Once placed under this suspension, reinstatement requirements include payment of the above reinstatement fee and maintain Financial Responsibility insurance continuously for the FRA period as specified above. This suspension is based on R.C. 4509.101.

You must mail your driver license and plates to us on or before the beginning date of the suspension. If these items are mailed before the beginning date of the suspension, the above reinstatement fee will be reduced by $50.00.

2. If you were UNINSURED at the time of the accident, you must also settle the claim made against you for the damages in this accident. This suspension is based on R.C. 4509.17.

    a. Provide an agreement to settle the damages by making payments to the other party involved, OR
    b. Provide a release from the other party involved, OR
    c. Send the above referenced amount (security deposit) to the BMV.

Failure to comply with 2a, b, or c will result in a two year Security Suspension of your driving and registration privileges.

By law you have the right to make a written request for an administrative hearing for suspensions 1 (Noncompliance) and 2 (Security Suspension). Please refer to Appendix 2 and / or 3 for details (enclosed).

For additional information, see Appendix 1 on the back of this letter.

Registrar,
Ohio Bureau of Motor Vehicles

BMV 3338A 1/18 [760-0998]

GEICO Communication ID:
<6K5rbhw+xLgS6PhCKVghiSIKtasSBJFYv7QUJ4IVSVLNt+4Ja8gUVCmJrDVEM55E> - Do Not Modify

From:  myclaim@geicomail.com (myclaim@geicomail.com)

To:     jamesjamison17@yahoo.com

Date:  Tuesday, January 19, 2021, 04:34 PM EST

James Jamison
Your Claim Number: 0176796960101063

GEICO Casualty Company

Exhibit E

## IMPORTANT Claim Information

**Responses to this email will be sent to the adjuster handling your property damage claim.

Hello James Jamison,

Per your request this letter is to provide you with a claims update on the accident that occurred on 11/08/2020. GEICO has deemed the driver of the 2013 Toyota Prius to be 100 liable for the accident that happened on 11/08/2020. GEICO did review the police report and all of the information that it had to offer. Based off of the points of impact on Mr. James Jamison car, GEICO does not feel like he is responsible at this time. Please let GEICO know if you have any further questions.

If you need to contact me or have any questions, please respond to this email. You can also attach and send me any documents in regards to your claim. You may also view your claim at geico.com or the GEICO Mobile App.

Sincerely,

Eric Jay

*Please Note: When replying to this email, please do not change the subject line. This specific subject is needed to make sure I receive your message.*

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED, OR FOR WHOM IT IS INTENDED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND PERMANENTLY DELETE AND/OR DESTROY THE ORIGINAL AND ANY COPIES/PRINTOUTS OF THIS MESSAGE. IF YOUR RESPONSE TO THIS MESSAGE EXCEEDS 50 MB, YOUR REPLY WILL NOT BE DELIVERABLE.

GEICO Casualty Company
One GEICO Plaza, Washington, D.C. 20076

====================
This email/fax message is for the sole use of the intended
recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution of this
email/fax is prohibited. If you are not the intended recipient, please
destroy all paper and electronic copies of the original message.

Exhibit E



## DAVE YOST
OHIO ATTORNEY GENERAL

## Complaint Detail

**Complaint No. 973257**

**Consumer:**

James Jamison

2823 PRESTON ST
CINCINNATI, OH 45206-1316

(513)975-7968 ext. daytime

Email: jamesjamison17@yahoo.com

Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls

Solicited Via: Mail

Date Entered: 12/14/2020

**Supplier:**

Stuart-Lippman & Associates

5447 E 5TH ST
Ste 110
TUCSON, AZ 85711-2344

(520)881-5900 ext. daytime

(800)880-5400 ext. daytime

$Exhibit \ F$

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | 11/8/2020 |
| Total Price: | $6388.61 |
| Disputed Amount: | $6388.61 |
| Amount Paid So Far: | $0.00 |

**Auto Information:**

| | |
|---|---|
| Make: | n/a |
| Model: | n/a |
| Year: | 1900 |
| Purchase Mileage: | 0 |
| Current Mileage: | 0 |
| Warranty Type: | #Error |
| VIN: | n/a |

**Description:**

on november 8 2020 i james jamison was invovled in a auto car accidnet the other person involved in the car accident the insurance geico insurance paid for they car damages which was 6,388.61 geico insurance sent the auto repairs to a collection agency called stuart-lippman and associates i was in contact with a individual name roxanna jimenez i told her theat i am disputing the car accident and the cost in court because i was not at fault in the car accident roxanna jimenez told me that this collection is not going away and if i dont pay the 6,388.61 she was going to submit to the dmv to have my license susended as i talk to roxanna jimenez numerous time she again told me if i dont pay the 6,388.61 she was going to submit to the dmv to have my license suspended again i told roxanna jimenez that im fighting this matter in court i did some research to see if a collection agency could submit documents to the dmv to have someone license susended come to find out a collection agency can not submit documents to the dmv to have someone license suspended its a violation of the fair debt collection practice for a collector to threaten to do things that cant legally be dont and to contact consumer financial protection bureau and contact state attorney general i contacted roxanna jimenez and ask her when did she submit docments to the dmv to have my license suspended she told me december 7 2020 then i also receive the papers where she sent the documents to the dmv to have my license suspended i also ask roxanna jimenez what her fax number i sent her documents to let her no what she did was wrong and that she violated the fair debt collection practice act because she has no power and no authority to tell the dmv what to do only the court system has the power to tell the dmv what to do not a collection agency as she repeatdly violate the law with threats telling me if i dont pay the 6,388.61 she was go send documents to the dmv to have my license suspended which she did on december 7 2020 as i will pursue this matter in civil court

**Satisfactory Solution:**

the damages is done

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

❮ All complaints (.)

# 201220-5815947
**CLOSED**

*Exhibit G*

 Submitted

**STATUS**
Submitted to the CFPB on 12/20/2020

**PRODUCT**
Debt collection

**ISSUE**
Threatened to contact someone or share information improperly

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

this is a new complaint with reguards to stuart-lippman and associates a collection agency as i was involved in a accident on november 8 2020 as the other person involved in the auto accident they insurance company which was geico insurance paid for they car damage of 6,388.61 as geico insurance turned over the amount of the car repairs to stuart-lippman and associates as i was in contact with a person name roxanna jimenez who work for stuart-

lippman and associates collection agency as she stated she attempting to collect a debt which was 6,388.61 i told her i am disputing the car accident because i was not at fault in the auto accident because i did not run a red light so roxanna jimenez told me that she is submitting documents to the dmv to have my license suspended as she told me this more than once if i dont pay the 6,388.61on december 7 2020 roxanna jimenez submitted documents to the dmv to have my license suspended as i did some research and talk to some attorneys with legal aid a collection agency can not submit documents to the dmv to have my license suspended thats a violation of the fair debt collection practice act i faxed the documents to stuart-lippman and associates that states that a collection agency can not submit documents to the dmv to have to someone license suspended as roxanna jimenez did that on december 7 2020 i contacted roxanna jimenez and ask her can she show me documents that state that a collection agency can submit documents to the dmv to have my license suspended she told me she will have to contact her manager her manager michelle mcnear contacted me and i ask her also can she show me any type of documents that states that a collection agency can submit documents to have someone license suspended she told me she cant show such documents of that i ask her repeatdly and i also told her that a collection agency can not submit documents to the dmv to have someone license suspended she said yes they can i said again can you provide me documents that states that she said she cant also on my first complaint in a response to my complaint a person said that the collection agency is required by our clients to notify the appropriate state agency that handle responsibiltiy issues as i want stuart -lippman and associates to provide documents to me stating that a collection agency can subit documents to the dmv to have someone license suspended as i provided documents to stuart -lippman and associates that they can not do that because they dont have the power to tell the dmv what to do only the court system can not a collection agency so im requesting documents from thus collection agency stating they can subit documents to the dmv to have someone license suspended as this place is in violaton of the fair debt collection practice act

View full complaint ⊕

✓ **Sent to company**

**STATUS**

Sent to company on 12/20/2020

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 Company still working

**STATUS**

Company response is in progress as of 1/4/2021

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Stuart-Lippman and Associates, Inc. is investigating the complaint and will provide a full response shortly.

Exhibit H

 Company responded

**STATUS**

Company responded on 1/11/2021

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

SLA REFERENCE NUMBER: 4509066; CREDITOR NAME: GEICO-MIDWEST; CREDITOR ACCOUNT NUMBER: 0176796960101063; STATUS: RETRACTION ISSUED, ACCOUNT RE-CALLED & CLOSED 1/7/2021 ; Stuart-Lippman & Associates, Inc. (SLA) has received your December 20, 2020 complaint filed with the Consumer Financial Protection Bureau and understands you state that on 11/8/2020, you were involved in car accident that resulted in damages totaling $6,388.61. You state that the insurance company Geico never contacted you, instead Geico sent the claim to SLA. You further state you disputed the debt with SLA and advised you do not owe the debt as you were not at fault. You further advised you are pursuing the matter in court. Despite this, you state SLA submitted documents to the department of motor vehicles (DMV) to have your driver's license suspended, which was done. You believe this is a violation of the Fair Debt Collection Practices Act (FDCPA). You complain that you asked for documents evidencing SLA's authority to have your license

suspended, but none has been provided. You request your driver's license be re-instated. Based upon our research, SLA's findings are as follows: This matter relates to an insurance claim arising from a tort. Except for limited exceptions (that do not apply to this matter), the FDCPA does not apply to the collection of insurance subrogation debts arising out of tort claims because they do not arise out of a consumer credit transaction. As such, the FDCPA is not applicable to this matter. On November 30, 2020, Geico-MidWest placed the above referenced matter with SLA. As permitted by law and as required by SLA's contract with the creditor, SLA notified the DMV that the vehicle you were driving in the accident was uninsured, as stated in the accident police report. The DMV thereafter determines what course of action is needed. In this case, the DMV determined that license suspension was required. This process is legal and legitimate. On January 7, 2021, Geico-MidWest notified SLA that the police report contained incorrect information and you are not the responsible party regarding this matter. As such, SLA has notified the DMV and submitted a "retraction notice" Attached is a copy of the retraction notification sent to the DMV. The creditor has re-called the account. SLA has closed the account and returned it to the creditor. You may contact the creditor directly for any further questions. *SLA Compliance Department **This communication is from a debt collector.

**DESCRIPTION OF NON-MONETARY RELIEF**

Retraction issued & account closed

**ATTACHMENTS**

4509066 RP J. Jamison RETRACTION LTR.pdf (98.2 KB)

## ✓ Feedback provided

**STATUS**

Feedback provided on 1/16/2021

### Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**
No

**ADDITIONAL COMMENTS**

the fact here is that stuart lippman and associates is a collection agency and they have no right to submit documents to the bmv to have someone licence suspended they do not have the authority to tell the bmv what to do only the court system has the authority to tell the bmv what to do not a collection agency as the collection agency said that they can do that and send documents to the bmv telling the bmv to suspend someone licesnse i ask the collection agency to provide me documents stating that they can send documents to the

bmv to have someone license suspended the collection agency said they cant because they dont have such documents that can verify that then the fact geico the insurance company that sent the documents to stuart lippman and associates the collection agency after geico insurance company did further investigation as to the car accident they determined that i was not at fault in the car accident as the police report contained inaccurate information but here the damages was done because stuart lippman and associates had already sent documents to the bmv to have our license suspended and i told the person at stuart lippman and associates that we is disputing the car accident and the 6,388.61 because i was not at fault in the car accident and look what happen geico insurance determined that i was not at fault in the car accident when i told the person at stuart lippman and associates that im disputing the accident and the 6,388.61 she should have never submitted documents to the bmv to have our license suspended again stuart lippman and associates violated the fair debt collection practice act as i sent documents to stuart lippman and assocaites that state that a collection agency can not submit documents to the bmv to have someonce license suspended but stuart lioppman and associates did any way so therefore they violated the fair debt collection practice act and i will be pursing this matter further in a court proceeding

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**
No

**ADDITIONAL COMMENTS**
the fact here is stuart lippman and associates is a collection agency and it states that a collection agecny can not submit docments to the bmv to have someone license suspended plain and simple no matter what stuart lippman and associates say they violated the fair debt collection practice act and the fact that gecio insurance did further investigation and determined that i was not at fault in the car accident and my case was closed

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**
No

**ADDITIONAL COMMENTS**
the company did nothing period

---

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your

12/11/2020

can a debt collector submit to the dmv to suspend you licence - Google Search

**Google**

| can a debt collector submit to the dmv to suspend you licence | × | ⬇ | ۹ |

Q All    🗞 News    🛒 Shopping    🖼 Images    🎬 Videos    ⋮ More      Settings    Tools

About 481,000 results (0.67 seconds)

Showing results for can a debt collector submit to the dmv to suspend **your** licence
Search instead for can a debt collector submit to the dmv to suspend you licence

**The General Rule: Collection Agencies Cannot Have Your Driver's License
Suspended.** ... More specifically, a **creditor** or **collection agency** has no power
to tell the **DMV** or any other state agency what to do, including telling them to
**suspend** or **cancel** a **driver's license**. Jun 19, 2018

www.freeadvice.com › legal › loss-of-drivers-license-whe...

---

12/11/2020

can a debt collector suspend my license - Google Search

**Google**

| can a debt collector suspend my license | × | ⬇ | ۹ |

Q All    🗞 News    🛒 Shopping    🎬 Videos    🖼 Images    ⋮ More      Settings    Tools

About 24,600,000 results (0.58 seconds)

If you are in a lot of **debt**, you may have heard that your **license can be suspended**
until you pay. ... Creditors and **collections** agencies have absolutely no authority
to take away **your license** or compel the **Ohio** Bureau of Motor Vehicles to do so.
Jul 27, 2015

www.columbuscriminalattorney.com › Legal Blog

Exhibit I

| ↑ 3 ↓ | 📄 De... Debt

✕ CLOSE

the answer, call the DMV and ask.

↑ homemaker1   2 points · 1 year ago
↓ Did the police make a accident report,at the scene?

↑ [deleted] 3 points · 1 year ago
↓ We never called the police, just exchanged info.

Continue this thread →

↑ SecretlyAnAdult 2 points · 1 year ago
↓ Definitely a scare tactic and illegal. Debt collectors can't request a license to be suspended or anything to do with DMV. It is a violation of the Fair Debt Collection Practices Act for collectors to threaten to do things that can't legally be done. Report this to the Consumer Financial Protection Bureau and/or contact your state attorney general. 

https://www.reddit.com/r/personalfinance/comments/b1wls0/debt_collector_threatening_to_request_a_drivers/

1/11

Exhibit J